Case 3:06-cv-00478-B   Document 16   Filed 08/28/06   Page 1 of 1   PageID 83

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 28 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOMMY LEE HARDEMON | ) | |
| | ) | |
| V. | ) | 3-06-CV-478-B |
| | ) | |
| BOARD OF PARDONS AND PAROLES, ET AL | ) ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 28th day of Aug., 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE